**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**IMV Technologies S.A. and**
**IMV International Corporation,**

Plaintiffs,

vs.

**Continental Plastic Corp.,**

Defendant.

**CASE NUMBER 00-CV-216**

**PROPOSED ORDER**

---

Plaintiffs' motion to extend the time limit for service by ninety days for purposes of pursuing settlement is hereby granted.

Dated 5/26, 2000

BY THE COURT:

Franklin L. Noel

Magistrate Judge Franklin L. Noel
United States District Court

FILED MAY 30 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

TC2: 430641 v01 05/12/2000