/

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**IMV Technologies S.A. and**
**IMV International Corporation,**

Plaintiffs,

vs.

**Continental Plastic Corp.,**

Defendant.

**CASE NUMBER 00-CV-216**

**PLAINTIFFS' VOLUNTARY DISMISSAL WITHOUT PREJUDICE AND ORDER**

---

Plaintiffs, through their respective counsel, hereby voluntarily dismiss this action and all claims asserted herein without prejudice under Fed. R. Civ. P. 41(a)(1)(i) with the right of the Plaintiffs to refile said action at any time within the applicable period of limitation.

This judgment of dismissal may be entered without notice to any other party.

OPPENHEIMER WOLFF & DONNELLY LLP

Dated: October 2, 2000

By______________________

Edward M. Laine #59535
Cyrus A. Morton, #287325
3400 Plaza VII Building
45 South 7th Street
Minneapolis, MN 55402
Phone: (612) 607-7000
Fax No.: (612) 607-7100

**ATTORNEYS FOR PLAINTIFFS**

FILED OCT 13 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

**ORDER FOR DISMISSAL WITHOUT PREJUDICE**

Based on the foregoing voluntary dismissal without prejudice, said action is hereby dismissed without prejudice, and without any further or additional costs to any of the parties.

BY THE COURT:

Dated: October 12, 2000

JOHN R. TUNHEIM
United States District Judge



TC2: 482951 v01 10/02/2000